1  JAMES FARINARO, ESQ. (Ca. Bar No. 146189)
   LAW OFFICE OF JAMES FARINARO
2  852 East 14th Street
   San Leandro, CA  94577
3  Telephone:  (510) 553-1200
   email: jfarinaro@aol.com
4
   Attorney for Plaintiffs:
5  EDUARDO GOMEZ and ALFREDO FIGUEROA

6                 UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

9  EDUARDO GOMEZ and ALFREDO          )    CASE NO. C 12-4646 JSC
   FIGUEROA,                          )
10                                    )
                  Plaintiffs,         )    **STIPULATION AND [PROPOSED] ORDER
11                                    )    TO CONTINUE CASE MANAGEMENT
            v.                        )    CONFERENCE**
12                                    )
   BURT AMARAL; STEVE AMARAL;         )
13 MARV AMARAL; and DOES 1 through 25,)
                                      )
14                Defendants.         )
                                      )
15 _____ )
                                      )
16        The parties to this action are defendants BURT AMARAL, STEVE AMARAL, and MARV

17 AMARAL (the Defendants"), and plaintiffs EDUARDO GOMEZ and ALFREDO FIGUEROA (the

18 "Plaintiffs").  Plaintiff has served STEVE AMARAL and BURT AMARAL.  Counsel for defendant

19 STEVE AMARAL has agreed to accept service of the complaint on MARV AMARAL.  Plaintiffs

20 will file a request for dismissal without prejudice of defendant BURT AMARAL.  The parties

21 request additional time to meet and confer regarding possible early settlement of the matter and

22 discovery matters.

23        The Case Management Conference is currently scheduled for January 17, 2013 at 1:30 pm,

24 and the case management statement is scheduled to be shall be filed by January 10, 2013.  Counsel

25 for Plaintiffs, and Counsel for STEVE AMARAL and MARV AMARAL, stipulate and agree as

26 follows:

27        1.      The Initial Case Management Conference is continued from January 17, 2013 to

28 February 28, 2012 at 1:30 p.m. before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th

Floor, Federal Building, 450 Golden Gate Avenue in San Francisco, CA.

2.    February 21, 2013 shall be last day to file Rule 26(f) Report, complete initial disclosures and file case management statement.

3.    February 7, 2013, shall be last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either stipulation to ADR Process or Notice of Need for ADR Phone Conference.


Dated: December 20, 2012.          Respectfully Submitted,
                                   LAW OFFICE OF JAMES FARINARO


                                   By:  s/JAMES FARINARO_____
                                        JAMES FARINARO

                                   Attorney for Plaintiffs:
                                   EDUARDO GOMEZ and ALFREDO FIGUEROA

Dated: December 20, 2012.               Respectfully Submitted,


                                   By:  s/MATTHEW D. HALEY_____
                                        MATTHEW D. HALEY

                                   Matthew D. Haley, Esq.
                                   THE HALEY LAW OFFICES P.C.
                                   1633 San Pablo Avenue
                                   Oakland, California 94612-1505
                                   (510)  444-1881
                                   matt@haleylaw.com

                                   Attorney for Defendants:
                                   STEVE AMARAL, and MARV AMARAL

1    The Court having considered the foregoing stipulation finds good cause appearing.

2    IT IS SO ORDERED that:

3        1.    The Case Management Conference in this matter is hereby CONTINUED from

4    January 17, 2013 at 1:30pm to February 28, 2013 at 1:30 p.m. before Magistrate Judge Jacqueline

5    Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San

6    Francisco, CA.

7        2.    February 21, 2013 shall be last day to file Rule 26(f) Report, complete initial

8    disclosures and file case management statement.

9        3.    February 7, 2013, shall be last day to: (a) meet and confer re: initial disclosures, early

10   settlement, ADR process selection and discovery plan; (b) file ADR Certification signed by Parties

11   and Counsel; and (c) file either stipulation to ADR Process or Notice of Need for ADR Phone

12   Conference.

13

14

15

16   DATED: December 21, 2012

17



18

19

20

21

22

23

24

25

26

27

28

---